Daniel J. Mogin (SBN 95624)
Jodie M. Williams (SBN 247848)
**THE MOGIN LAW FIRM, P.C.**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginlaw.com
jwilliams@moginlaw.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN MANGUM, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERVISION, INC.; ALCON LABORATORIES, INC.; BAUSCH + LOMB; JOHNSON & JOHNSON VISION CARE, INC.; and ABB/CON-CISE OPTICAL GROUP LLC,<br><br>Defendants. | Case No. 3:15-cv-01064-HSG<br><br>**JOINT STIPULATION AND ORDER DEFERRING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PENDING ACTION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

WHEREAS, on March 6, 2015, Plaintiff Stephen Mangum ("Plaintiff"), on behalf of himself and all others similarly situated, filed a complaint ("Complaint") in this action against Defendants CooperVision, Inc., Alcon Laboratories, Inc., Bausch + Lomb Incorporated,[1] Johnson & Johnson Vision Care, Inc., and ABB/ Con-Cise Optical Group LLC ("Defendants") (collectively referred to as the "Parties");

WHEREAS, the following related putative class actions are currently pending against some or all Defendants in judicial districts around the country:

- *Tracy L. Gray et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-02642 (D. Kan.);
- *Rachel Miller et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01028 (N.D. Cal.);
- *Suneeta D. Fernandes v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01045 (N.D. Cal.);
- *Machikawa, et al. v. CooperVision, Inc. et al.*, Case No. 15-cv-01001 (N.D. Cal.);
- *Clemente Cesare v. CooperVision, Inc. et al.*, Case No. 15-cv-60466 (S.D. Fla.);
- *Kimberly Martin v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01090 (N.D. Cal.);
- *Susan G. Gordon v. CooperVision, Inc. et al.*, Case No. 15-cv-01092 (N.D. Cal.);
- *Matthew J. Cardamone v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01093 (N.D. Cal.);
- *Gloria Goldblatt v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01095 (N.D. Cal.);
- *Serge Pentsak et al. v. CooperVision, Inc. et al.*, Case No. 15-cv-01097 (N.D. Cal.);
- *Juliana Brodsky v. CooperVision, Inc. et al.*, Case No. 15-cv-01123 (N.D. Cal.);
- *Dusty Price et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01124 (N.D. Cal.);
- *Benjamin W. Hewitt et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01196 (N.D. Cal.);

---

[1] Bausch + Lomb Incorporated is referred to in the Complaint as Bausch + Lomb.

- *Joanne Buckley et al. v. CooperVision, Inc. et al.*, Case No. 15-cv-01212 (N.D. Cal.);
- *Krysta Loera v. CooperVision, Inc. et al.*, Case No. 15-cv-21033 (S.D. Fla.);
- *James Sendzik v. ABB/ Con-Cise Optical Group LLC et al.*, Case No. 15-cv-60534 (S.D. Fla.);
- *Mallory L. Grossman v. Novartis Corp. et al.*, Case No. 15-cv-01930 (D.N.J.);
- *Cora B. Smith v. CooperVision, Inc. et al.*, Case No. 15-cv-21069 (S.D. Fla.);
- *Brett Watson v. CooperVision, Inc. et al.*, Case No. 15-cv-01276 (N.D. Cal.);
- *Ben Hawkins v. Alcon Laboratories, et al.*, Case No. 15-cv-01297 (N.D. Cal.);
- *Debra Denton v. CooperVision, Inc. et al.*, Case No. 15-cv-00117 (E.D. Tenn.);
- *Marilyn M. Dedivanaj v. CooperVision, Inc. et al.*, Case No. 15-cv-01281 (N.D. Cal.);
- *Lana Ohmes et al. v. Alcon Laboratories, et al.*, Case No. 15-cv-01301 (N.D. Cal); and
- *Kevin Moy v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01340 (N.D. Cal).

WHEREAS, on March 6, 2015, Rachel Miller, Caitlin O'Neill, and Tyler Brandafino (the "*Miller* Plaintiffs") filed a motion before the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to transfer the actions against Defendants to the Northern District of California for coordination or consolidation pursuant to 28 U.S.C. § 1407;

WHEREAS, on March 9, 2015, Clemente Cesare (the "*Cesare* Plaintiff") filed a motion before the MDL Panel to transfer the actions against Defendants to the Southern District of Florida for coordination or consolidation pursuant to 28 U.S.C. § 1407;

WHEREAS the transfer motions were docketed by the MDL Panel under *In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626;

WHEREAS, Defendants' responses to the transfer motions are due to be completed on or before March 30, 2015;

WHEREAS, to conserve the resources of this Court and the Parties, the Parties agree that it is appropriate to defer Defendants' time to respond to the Complaint in this action until the MDL Panel rules on the pending motions for transfer, given the typical practice of filing consolidated master complaint in the transferee court following the grant of a 28 U.S.C. § 1407 motion;

NOW, THEREFORE, AND SUBJECT TO MODIFICATION BY OR FURTHER ORDERS OF THE COURT, IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. The undersigned counsel accept service of the Complaint for their respective clients named in the Complaint without waiver of any defenses;

2. Defendants are not required to answer or otherwise respond to Plaintiffs' complaint in this action until 60 days after a consolidated amended complaint is filed in *In re: Disposable Contact Lens Litigation* (MDL No. 2626) in a transferee court (the "Response Date").

3. If Defendants are required to answer or otherwise respond to any other class action complaint in a related action on a date prior to the Response Date, Defendants will answer or otherwise respond to the Complaint in this action on the same date as in the related class action.

4. If Defendants respond to any formal or informal discovery requests or make any initial disclosures in a related class action, Defendants will provide the same response and/or initial disclosures to Plaintiffs in this action on the same date as in the related class action (without prejudice to the position of any party about when discovery should begin).

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

Dated: March 25, 2015

By:

___s/ Daniel J. Mogin_____
Daniel J. Mogin
Jodie M. Williams
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 687-6611
Facsimile:  (619) 687-6610
Email: dmogin@moginlaw.com
Email: jwilliams@moginlaw.com
*Attorneys for Plaintiff Stephen Mangum*

By:

___s/ William F. Cavanaugh, Jr._____
William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
Email: wfcavanaugh@pbwt.com

*Attorneys for Johnson & Johnson Vision Care, Inc.*


By:

___s/ Elizabeth L. Deeley_____
Elizabeth L. Deeley
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

*Attorneys for ABB/ Con-Cise Optical Group LLC*



By:

___s/ David R. Marriott_____
Evan R. Chesler
David R. Marriott
CRAVATH SWAINE & MOORE LLP

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-4700
Email: echesler@cravath.com
Email: dmarriott@cravath.com

Thomas B. Mayhew
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com

*Attorneys for Alcon Laboratories, Inc.*


By:

   s/ James P. Schaefer
James P. Schaefer
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570
Email: james.schaefer@skadden.com

*Attorneys for Bausch + Lomb Incorporated*


By:

   s/ Daniel M. Wall
Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000

---

JOINT STIPULATION AND [PROPOSED] ORDER FOR A  
STAY OF DEFENDANTS' TIME TO ANSWER COMPLAINT  
                                          CASE NO. 15-CV-01064-HSG

7831739v.3

San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: dan.wall@lw.com

*Attorneys for CooperVision, Inc.*

**SO ORDERED** on this **26th** day of **March**, 2015:

_____
Hon. Haywood S. Gilliam, Jr.

**CERTIFICATE OF SERVICE**

1

2  I certify that on March 25, 2015, a copy of the foregoing was filed and served electronically in the

3  ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's

4  electronic filing system. Parties may access this filing through the Court's system.

5

6      DATED: March 25, 2015            PATTERSON BELKNAP WEBB & TYLER LLP

7
                                                    By /s/   William F. Cavanaugh, Jr.
8                                                          William F. Cavanaugh, Jr.
                                              *Attorneys for Johnson & Johnson Vision Care, Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                        CASE NO. 15-CV-01064-HSG

7831739v.3